IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. DNCW3:11CR77-001 |
| v. | ) |
| | ) |
| MICHAEL KLINGSPORN. | ) |

**O R D E R**

A motion having been duly brought before this Court by the United States of America for an order directing the United States District Clerk of Court to release certain levied funds to Defendant in this matter, and the Court having considered the same, the Court finds that the Clerk of Court shall release and forward certain levied funds to Defendant.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1. The United States District Clerk of Court shall release a portion of the $7,805.59 in levied funds recently received by the Clerk of Court to Defendant. Specifically, the Clerk of Court shall release $1,500 of the levied funds to Defendant.

2. The Clerk of Court shall issue a check in the amount of $1,500 made payable to Defendant and shall forward said check to Defendant at his last known address of ****************, Matthews, North Carolina 28105.

3. The government shall be required to serve a copy of this Order upon the Clerk of Court or the Financial Deputy Clerk.

Signed: January 24, 2012

David C. Keesler
United States Magistrate Judge