FILED
CHARLOTTE, NC

DEC 5 2013

US District Court
Western District of NC

RECEIVED

DEC 01 2013

CHIEF U.S. PROBATION OFFICE
CHARLOTTE, N.C.



# NORTH CAROLINA WESTERN MEMORANDUM

**Date:** 11/18/2013

**To:** The Honorable Max O. Cogburn, Jr.
United States District Court Judge

**From:** Valerie G. Debnam
U. S. Probation Officer

**Subject:** Michael Klingsporn
Docket No. 3:11CR00077-001
Request for Permission to Travel Outside of the Country

---

The above defendant was sentenced in the Western District of North Carolina on 10/18/2011, by Your Honor to five (5) months probation with an additional four (4) months of house arrest and electronic monitoring. He was convicted of Fraud and Related Activity in Connection with Computers-Knowingly Causing Damage to a Protected Computer Used in Interstate on Foreign Commerce and Communication.

To date, Mr. Klingsporn has done considerably well on supervision. He has maintained employment with Griffin Home Healthcare in Charlotte, NC. He continues to reside at 2710 Phillips Woods Lane in Matthews, NC 28105.

Mr. Klingsporn would like to travel to the Bahamas by way of Carnival Cruise lines, Carnival Fantasy, on December 9 to December 13, 2013. This trip is for family vacation.

Therefore, we are requesting permission for Mr. Klingsporn to travel to the Bahamas for the above period. If there is further information desired, please call me at (704)350-6656.

(L) Permission to Travel Approved

( ) Permission to Travel Denied

( ) Other

11-26-13
Date

Signature of Judicial Officer